[No. 20173-2-III. Division Three. January 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID T. O'NEILL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02382-1, Salvatore F. Cozza, J., entered April 16, 2001. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ. Now published at 110 Wn. App. 604.

[No. 19480-9-III. Division Three. January 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY EDWARD BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00799-1, Linda G. Tompkins, J., entered August 3, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 19603-8-III. Division Three. January 31, 2002.]

S.R. SICILIA, INC., *Appellant*, v. GLEN A. CLONINGER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-01333-4, James M. Murphy, J., entered August 31, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 19829-4-III. Division Three. January 31, 2002.]

JOHN ENGHOLM, ET AL., *Appellants*, v. THE CITY OF BRIDGEPORT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 98-2-00285-6, Philip W. Borst, J., entered November 15, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Brown, J.